UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SEAN BRISTOL, Individually, and on
Behalf of All Others Similarly Situated,

                               Plaintiffs,            <u>ORDER</u>

      -against-                                CV 12-1130

CONTINENTAL HOME LOANS,                    (Wexler, J.)
INC., MICHAEL MCHUGH, ERIC
REEPS, RICHARD TSCHERNIA,
AND SANTO BARRETTA,

                               Defendants.
------------------------------------------------------------------------X

      Having reviewed the papers in support of and in opposition to Plaintiffs' motion for partial summary judgment, the Court finds that genuine issues of material fact exist with respect to Plaintiffs' FLSA claims concerning minimum wage and overtime pay. Such issues of material fact preclude the entry of summary judgment with respect to those claims at this time.

      Accordingly, Plaintiffs' motion for partial summary judgment is denied.

**SO ORDERED:**

Dated: Central Islip, New York
         January 8, 2014

                                                    /s/ Leonard D. Wexler
                                                    LEONARD D. WEXLER
                                                    United States District Judge